### LECZYCKI v. KUCZYNSKI.

(Supreme Court, Appellate Term, First Department. December 4, 1913.)

COURTS (§ 190*)—MUNICIPAL COURTS—DECISIONS REVIEWABLE.

An order of the Municipal Court of the city of New York, denying plaintiff's motion to tax additional costs, is not an appealable order.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Herman Leczycki against Szoel Kuczynski, also known as or called Saul or Salomon Kurtz. From an order denying his motion to tax $75 additional costs, plaintiff appeals. Dismissed.

See, also, 138 N. Y. Supp. 316.

Argued October term, 1913, before SEABURY, GUY, and BIJUR, JJ.

Paul C. Schnitzler, of New York City, for appellant.
Joseph A. Seidman, of New York City, for respondent.

PER CURIAM. Plaintiff claims that by virtue of section 735 of the Code of Civil Procedure he was entitled to have included in his bill of costs the sum of $75, being fees of a witness called by him. Section 735, supra, is excluded from application to inferior courts by subdivision 6 of section 3347. The order is not an appealable one, and the appeal should therefore be dismissed, but without costs.

Appeal dismissed, without costs to either party.